IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MICHAEL NIKIETH MILES, | * |
| Petitioner, | * |
| v. | Case No.   5:24-cv-00326-MTT-CHW |
| | * |
| MACON STATE PRISON, | |
| | * |
| Respondent. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 24, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Petitioner shall recover nothing of Respondent.

This 24th day of September, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk