# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**MICHAEL NIKIETH MILES,**

        **Petitioner,**

**VS.**

**MACON STATE PRISON WARDEN,**

        **Respondent.**

NO. 5:24-CV-00326-MTT-CHW

## ORDER

Before the Court is Petitioner's motion to proceed *in forma pauperis* (ECF No. 7) and a request to file a second or successive habeas petition (ECF No. 6). On September 24, 2024, the Court dismissed this petition without prejudice (ECF No. 4) and entered judgment in this action (ECF No. 5). In the order of dismissal, Petitioner was advised that this Court lacks jurisdiction to consider successive habeas claims and that any request to pursue a successive habeas petition must be filed in the Eleventh Circuit Court of Appeals. *See* ECF No. 4. Accordingly, Petitioner's motion to file a successive habeas petition (ECF No. 6) is **DENIED**. Petitioner's motion to proceed *in forma pauperis* (ECF No. 7) is also **DENIED** as moot due to the dismissal of this civil action.

**SO ORDERED**, this 30th day of September, 2024.

                                            s/ Charles H. Weigle
                                            Charles H. Weigle
                                            United States Magistrate Judge